## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS WOLLMAN,        )<br>       )<br>      **Plaintiff,**    )<br>       )<br>vs.        )<br>       )<br>       )<br>**CAROLYN W. COLVIN, Acting**    )<br>**Commissioner of Social Security,**    )<br>       )<br>      **Defendant.**    ) | Civil No.   15-cv-1159-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 32), the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Dennis Wollman and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED:   7/26/2016

JUSTINE FLANAGAN
**Acting Clerk of Court**

BY:   s/ Reid Hermann
                **Deputy Clerk**

Approved:
s/ Clifford J. Proud
**Clifford J. Proud**
**U.S. Magistrate Judge**