IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS WOLLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No.   15-cv-1159-CJP |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ) | |
| Defendant. ) | |

### ORDER for ATTORNEY'S FEES

**PROUD, Magistrate Judge:**

Before the Court is the parties' Joint Motion to Award Attorney Fees and Expenses.   **(Doc. 36).**

The parties have agreed that plaintiff is entitled to an award in the amount of $5,583.71 for attorney's fees and expenses.   The parties agree that this award shall fully satisfy any claims for fees, costs and expenses that may be payable in this case under the Equal Access to Justice Act, 28 U.S.C. §2412.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees, expenses and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).   The Court further finds that the agreed upon amount is reasonable and appropriate.

The parties' Joint Motion **(Doc. 36)** is **GRANTED**.   The Court awards plaintiff the sum of **$5,583.71** (five thousand, five hundred and eighty-three dollars and seventy-one cents) for attorney's fees and expenses pursuant to the Equal

Access to Justice Act.  These funds are payable to plaintiff, per *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).  However, in accordance with the parties' agreement, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and his attorney.

**IT IS SO ORDERED.**

**DATE:   October 27, 2016.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**